**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GEORGE M. PAPA, and DEBRA JO PAPA, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF ARIZONA, et al.,<br><br>　　　　Defendants. | No. CV 06-3060-PHX-MHM<br><br>**AMENDED ORDER** |

　　　　The Court will amend the Order issued on September 11, 2008 (Dkt. #43), to reflect that Defendants' Motion to Strike (Dkt. #42) is DENIED as moot rather than granted.  The Court no longer retains jurisdiction to consider motions filed in this case pending appeal, as discussed in the Court's September 11, 2008 Order.  See Dkt. #43; see also Crateo, Inc. v. Intermark, Inc., 536 F.2d 862, 869 (9th Cir. 1976) ("Because of the pending appeal, the District Court [has] no jurisdiction to enter an order under Rule 60(b)."); McManus v. District of Columbia, 545 F.Supp.2d 129, 133 (D.D.C. 2008) ("The district court does not regain jurisdiction over the aspects of the case involved in the appeal until the court of appeals issues its mandate.").

///

///

///

///

1  **Accordingly**,

2  **IT IS HEREBY ORDERED** amending the Court's September 11, 2008 Order
3  (Dkt. #43) to reflect that Defendants' Motion to Strike (Dkt. #42) is DENIED as moot
4  rather than granted.

5  DATED this 15th day of September, 2008.

Mary H. Murguia
United States District Judge